UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Diversified Lenders, LLC, an Oklahoma limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>Amazon Logistics, Inc., a Delaware corporation; Vertical Holdings Unlimited, LLC, a Florida limited liability company doing business as VHU Express,<br><br>        Defendants. | No. 2:16-cv-01232-RSL<br><br>ORDER GRANTING PLAINTIFF DIVERSIFIED LENDERS, LLC'S CONSENTED TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| Amazon Logistics, Inc., Cross-Claim Plaintiff,<br><br>    v.<br><br>Vertical Holdings Unlimited, LLC, Cross-Claim Defendant. | |

This matter comes before the Court on Plaintiff Diversified Lenders, LLC's Consented to Motion for Leave to File Amended Complaint (Dkt. # 64) filed on March 10, 2017 (the

ORDER GRANTING CONSENTED TO
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 2

"Motion"), the Court having reviewed the Motion, papers and pleadings in the Court file, it is hereby ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. Diversified shall file a clean version of its Amended Complaint in the form attached as Exhibit A to the Motion within five (5) days of entry of this Order.

Dated this 14th day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge