UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Diversified Lenders, LLC, an Oklahoma limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Amazon Logistics, Inc., a Delaware corporation; Vertical Holdings Unlimited, LLC, a Florida limited liability company doing business as VHU Express,<br><br>　　　　　Defendants.<br><br>Amazon Logistics, Inc.,<br><br>　　　　　Cross-Claim Plaintiff,<br><br>　　v.<br><br>Vertical Holdings Unlimited, LLC,<br><br>　　　　　Cross-Claim Defendant. | No. 2:16-cv-01232-RSL<br><br>STIPULATED MOTION AND ORDER ALLOWING COMPLETION OF DEPOSITIONS OUTSIDE DISCOVERY CUTOFF<br><br>NOTE ON MOTION CALENDAR:<br>July 21, 2017 |

## **STIPULATION**

Before the discovery cutoff, Plaintiff Diversified Lenders, LLC ("Diversified") had noticed three depositions of Defendant Amazon Logistics, Inc. ("Amazon") witnesses. On April 24, 2017, Diversified conducted the deposition of Amazon's representative William Harvey,

STIPULATED MOTION AND ORDER TO ALLOW DEPOSITIONS
OUTSIDE DISCOVERY CUTOFF - 1

1  which deposition was not completed and has been continued. In addition, on or about May 17,
2  2017, Diversified temporarily withdrew previously served notices of taking deposition of
3  Amazon's Rule 30(b)(6) corporate representative, and Amazon's employee Kara Walters.
4  Amazon has agreed that Diversified may complete the depositions outside of the discovery
5  cutoff.  Diversified and Amazon now, by their undersigned counsel, move the Court, pursuant to
6  LCR 10(g), LCR 7(d)(1), LCR 16(b) and Fed. R. Civ. P. 16, for entry of an Order modifying the
7  Court's Amended Order Setting Trial Date & Related Dates (Dkt. # 72) ("Scheduling Order") to
8  allow Diversified to complete previously-noticed depositions outside of the discovery cutoff.
9  The parties agree that the depositions previously noticed before the discovery cutoff by
10 Diversified shall proceed as follows:

11         1.    William Harvey, individually and as a Fed. R. Civ. P. 30(b)(6) corporate
12               designee concerning topics as previously designated by Amazon:  July 25,
13               2017, at the Law Offices of Ullman & Ullman, P.A. in Boca Raton,
14               Florida.
15         2.    Amazon's Fed. R. Civ. P. 30(b)(6) witness on designated topics:  August
16               15, 2017, in Seattle, Washington.
17         3.    Kara Walters  August 16, 2017, in Seattle, Washington.

18 Diversified's Motion to Modify the Court's Amended Order Setting Trial Date & Related Dates
19 (Dkt. #93) remains pending.
20
21         DATED: July 21, 2017         /s/ Vanessa S. Power
22                                      Vanessa S. Power (WSBA No. 30777)
                                        Reed W. Morgan, *pro hac vice*
23                                      STOEL RIVES LLP
                                        600 University Street, Suite 3600
24                                      Seattle, WA 98101
                                        Tel: (206) 386-7553
25                                      Fax: (206) 386-7500
                                        *Attorneys for Defendant Amazon Logistics, Inc.*
26

STIPULATED MOTION AND ORDER TO ALLOW DEPOSITIONS
OUTSIDE DISCOVERY CUTOFF - 2

1

2  DATED: July 21, 2017        /s/ Jared A. Ullman
                               Jocelyne A. Macelloni
3                              Michael W. Ullman
                               Jared A. Ullman
4                              Ullman & Ullman, P.A.
                               7700 W. Camino Real, Suite 401
5                              Boca Raton, FL 33433
6                              Phone: 561-338-3535

7                              Franklin D. Cordell, WSBA #26392
                               Jeffrey M. Thomas, WSBA #21175
8                              GORDON TILDEN THOMAS &
                               CORDELL, LLP
9                              1001 Fourth Avenue, Suite 4000
10                             Seattle, Washington 98154
                               Telephone: (206) 467-6477
11                             Email: fcordell@gordontilden.com
                               Email: jthomas@gordontilden.com
12                             *Attorneys for Plaintiff*

13

14                                **ORDER**

15  SO ORDERED this 28th day of July, 2017.

16

17

18                              /s/ Robert S. Lasnik
                                Robert S. Lasnik
19                              United States District Judge

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO ALLOW DEPOSITIONS
OUTSIDE DISCOVERY CUTOFF - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.  The NEF for the foregoing specifically identifies recipients of electronic notice.

| | |
|---|---|
| Michael W. Ullman<br>Jocelyne A. Macelloni<br>Jared A. Ullman<br>ULLMAN & ULLMAN, P.A.<br>7700 W. Camino Real, Suite 401<br>Boca Raton, FL  33433<br>Phone: 561-338-3535<br>Email:  michael.ullman@uulaw.net;<br>jocelyne.macelloni@uulaw.net;<br>jared.ullman@uulaw.net | Franklin D. Cordell, WSBA #26392<br>Jeffrey M. Thomas, WSBA #21175<br>GORDON TILDEN THOMAS & CORDELL, LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, Washington 98154<br>Telephone:  (206) 467-6477<br>Facsimile:  (206) 467-6292<br>Email:  fcordell@gordontilden.com<br>Email:  jthomas@gordontilden.com |
| *Attorneys for Plaintiff, pro hac vice* | *Attorneys for Plaintiff* |

DATED at Seattle, WA on July 28, 2017.

*s/ Leslie Lomax*
Leslie Lomax, Litigation Practice Assistant
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101

CERTIFICATE OF SERVICE - 1