UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIVERSIFIED LENDERS, LLC,

    Plaintiff,

    v.

AMAZON LOGISTICS, INC., and VERTICAL HOLDINGS UNLIMITED, LLC,

    Defendants.

AMAZON LOGISTICS, INC.,

    Cross-Claim Plaintiff,

    v.

VERTICAL HOLDINGS UNLIMITED, LLC,

    Cross-Claim Defendant.

Cause No. C16-1232RSL

ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES

This matter comes before the Court on "Plaintiff Diversified Lenders, LLC's Motion to Modify the Court's Amended Order Setting Trial Date & Related Dates." Dkt. # 93. Although defendant failed to respond to plaintiff's third requests for production within the thirty days allotted by the Federal Rule of Civil Procedure, the bulk of the production (10,000 pages) was completed on May 26, 2017, with a handful of documents produced thereafter. Recognizing that

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO EXTEND DEADLINES

the delay in production would impact the orderly completion of discovery, defendant repeatedly offered to discuss an extension of the case management deadlines. Plaintiff was non-responsive until May 31, 2017, when it accused defendant of wrongfully withholding the documents until 45 days before the discovery cutoff. Defendant's supplemental productions were made on June 19, June 30, and July 6.

On July 5, 2017, four days before the discovery cutoff, plaintiff requested a telephone conference to discuss the case management deadlines. Defendant agreed to the conference, but was unwilling to agree to the four month extension plaintiff requested. Rather, defendant stipulated to the completion of its 30(b)(6) depositions outside the discovery period and agreed to postpone the dispositive motion deadline. Plaintiff filed this motion, arguing that it needs additional time in which to serve additional discovery regarding the newly-produced documents, to issue subpoenas to third parties, and to amend its complaint.

Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds that a four month extension of the discovery deadline is not warranted. Plaintiff has had the bulk of defendant's production since the end of May: any follow-up discovery should have been served immediately and/or pursued at the 30(b)(6) depositions. Nevertheless, a limited extension of the case management deadlines is appropriate to ensure that the parties have time to digest all of the available information before drafting their summary judgment motions. The last deposition is scheduled, by agreement, for August 16, 2017. The Clerk of Court is therefore directed to issue a revised case management order which provides at least thirty days between that date and the dispositive motion deadline. The deadline for amending pleadings passed on May 10, 2017: plaintiff was well aware of that date and has made no effort to show good cause for its extension.

1  For all of the foregoing reasons, plaintiff's motion for a continuance of the case
2  management deadlines is GRANTED in part.

Dated this 7th day of August, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO EXTEND DEADLINES           -3-