UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Diversified Lenders, LLC, an Oklahoma limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Amazon Logistics, Inc., a Delaware corporation; Vertical Holdings Unlimited, LLC, a Florida limited liability company doing business as VHU Express,<br><br>Defendants. | No. 16-cv-01232-RSL<br><br>FINAL ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST AMAZON LOGISTICS, INC. |
| Amazon Logistics, Inc., Cross-Claim Plaintiff,<br><br>v.<br><br>Vertical Holdings Unlimited, LLC, Cross-Claim Defendant. | |

**THIS CAUSE** came before the Court upon the Stipulation for Final Order of Dismissal of All Claims Against Amazon Logistics, Inc. With Prejudice (the "Joint Stipulation") filed by Plaintiff Diversified Lenders, LLC ("Diversified") and Defendant Amazon Logistics, Inc.

FINAL ORDER OF DISMISSAL WITH PREJUDICE
OF CLAIMS AGAINST AMAZON LOGISTICS, INC. - 1
No. 2:16-cv-01232-RSL

("Amazon"). The Court has carefully considered the Joint Stipulation and is otherwise advised in the premises.

Accordingly, it is **ORDERED** as follows:

1. The Joint Stipulation is hereby **GRANTED**.

2. Diversified's claims against Amazon are hereby dismissed, with prejudice.

4. Consideration of Amazon's pending Motion for Summary Judgment (Dkt. #103) is stricken, without prejudice, as moot.

5. Subject to the terms of a confidential settlement agreement, Diversified and Amazon shall each bear their own attorneys' fees and costs incurred in this Action.

**SIGNED** and **ENTERED** this 5th day of February, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

FINAL ORDER OF DISMISSAL WITH PREJUDICE
OF CLAIMS AGAINST AMAZON LOGISTICS, INC. - 2
No. 2:16-cv-01232-RSL