# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Diversified Lenders, LLC, an Oklahoma limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Amazon Logistics, Inc., a Delaware corporation; Vertical Holdings Unlimited, LLC, a Florida limited liability company doing business as VHU Express,<br><br>　　　　　　Defendants. | Case No. 16-cv-1232-RSL<br><br>ORDER ENTERING DEFAULT JUDGMENT AGAINST CROSS-CLAIM DEFENDANT VERTICAL HOLDINGS UNLIMITED, LLC, d/b/a, VHU EXPRESS |
| Amazon Logistics, Inc.,<br>　　　　　Cross-Claim Plaintiff,<br>　　v.<br>Vertical Holdings Unlimited, LLC,<br>　　　　　Cross-Claim Defendant. | |

This matter comes before the Court on Amazon Logistics, Inc.'s Motion for Default Judgment Against Vertical Holdings Unlimited ("Motion"). On July 5, 2016, entry of default was entered against Vertical Holdings Unlimited ("VHU") pursuant to Fed. R. Civ. P. 55(a). Thus, Amazon Logistics, Inc. ("Amazon") has complied with the requirements of Local Rule W.D. Wash. CR 55(b), and now seeks default judgment.

The Court, having reviewed Amazon's Motion, the accompanying declaration, and being otherwise advised in the premises, hereby **GRANTS** the Motion.

ORDER ENTERING DEFAULT JUDGMENT AGAINST CROSS-CLAIM
DEFENDANT VERTICAL HOLDINGS UNLIMITED, LLC, d/b/a, VHU EXPRESS
(No. 16-cv-1232-RSL) - 1

1   Accordingly, the Court **ORDERS** as follows:

2   (1)  It is declared that, under the Delivery Service Provider Terms of Service and Work Orders agreed to by Amazon and VHU, VHU is required to defend and indemnify Amazon against Diversified Lenders, LLC's claims in this action; and

3   (2) Amazon is awarded damages in the amount of $296,906 on its cross-claims against VHU.

**SIGNED** and **ENTERED** this 21st day of May, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER ENTERING DEFAULT JUDGMENT AGAINST CROSS-CLAIM
DEFENDANT VERTICAL HOLDINGS UNLIMITED, LLC, d/b/a, VHU EXPRESS
(No. 16-cv-1232-RSL) - 2

96896327.1 0053837-00652

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*